IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, <br><br> SHEET METAL WORKERS LOCAL 265 PENSION FUND, et al <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN CHUTE SYSTEMS, INC., an Illinois corporation, <br><br> Defendant. | Case No. 08 C 4494 <br><br> Judge Marovich <br> Room 1944 |

**NOTICE OF FILING**

To:  Beverly P. Alfon
     Baum Sigman Auerbach & Neuman, Ltd.
     200 West Adams Street – Suite 2200
     Chicago, IL 60606

**PLEASE TAKE NOTICE** that defendant American Chute Systems, Inc., by one of its attorneys, is filing its Answer to the Complaint with the United States District Court, Dirksen Building, 219 S. Dearborn, Chicago, IL 60604, on this 20th day of August 2008. A copy of this answer is attached hereto and is hereby served upon you.

AMERICAN CHUTE SYSTEMS, INC.

By: _____
One of its attorneys

Burr E. Anderson
Anderson Law Offices
223 W Jackson Blvd. – Suite 1100
Chicago, IL 60606
(312) 957-1100
burranderson@employemntlawillinois.com

## CERTIFICATE OF SERVICE

I, Burr E. Anderson, an attorney, do hereby certify that I caused a copy of the foregoing notice and attached answer to be served on the below-named attorney, by personal delivery, on this 20th day of August 2008.

Beverly P. Alfon
Baum Sigman Auerbach & Neuman, Ltd.
200 West Adams Street – Suite 2200
Chicago, IL 60606

Burr E. Anderson