AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

SHEET METAL WORKERS LOCAL 265
WELFARE FUND, et al.

CASE NUMBER:

V.

ASSIGNED JUDGE:

AMERICAN CHUTE SYSTEMS, INC., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

08CV4494

JUDGE MAROVICH

MAGISTRATE JUDGE SCHENKIER

EDA

TO: (Name and address of Defendant)

American Chute Systems, Inc.
c/o Frank E. Stephens, Registered Agent/President
603 E. Washington Street
Joliet, IL   60433

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Beverly P. Alfon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within _____ Twenty (20) _____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**August 8, 2008**

Date

CASE NUMBER. 016 2008-CV-004494     001     WILL COUNTY SHERIFF'S OFFICE
--------------------------------------------------------------     ATTORNEY

SHEET METAL WORKERS LOCAL 265 WELFARE    BAUM SIGMAN AUERBACH& NEUMAN, LTD'
    -VS-                                 200 WEST ADAMS STREET
AMERICAN CHUTE SYSTEMS INC.              SUITE 2200
                                         CHICAGO, IL 60606

============ DESCRIPTION ======      ========= ATTEMPTED SERVICES ========
                                         DATE        TIME        BADGE #
SUMMONS & COMPLAINT

ISSUED:  8/14/08   EXPIRES:  9/08/08
FEES:    40.00     EVC/DEP:

======== PERSON TO BE SERVED =========

AMERICAN CHUTE SYSTEMS, INC.             NOTES:
603 E WASHINGTON STREET                  C/O FRANK E STEPHENS REGISTERED AGENT
JOLIET, IL 60433                         PRESIDENT.

====================================================================

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ____   PERSONAL SERVICE: BY LEAVING A COPY OF THE ____ SUMM/COMP ____ CITATION
           ____ RULE ____ ORDER ____ SUBPEONA ____ NOTICE ____ JUDGEMENT
           ____ SUMMONS/PETITION FOR ORDER OF PROTECTION ____ ORDER OF PROTECTION.
           ____ CIVIL NO-CONTACT ORDER.

(B) ____   SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ____ SUMM/COMP ____ CITATION
           ____ NOTICE ____ JUDGEMENT ____ ORDER OF POSSESSION AT THE USUAL PLACE OF
           ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
           SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
           THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) ____   SERVICE ON: ____ CORPORATION ____ COMPANY ____ BUSINESS  by leaving a
           COPY OF THE ____ SUMM/COMP ____ CITATION ____ RULE ____ ORDER ____ NOTICE
           ____ JUDGEMENT ____ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
           OR PARTNER OF THE DEFENDANT.

(D) ____   OTHER SERVICE: ____ CERTIFIED MAIL ____ POSTING

(E) ____   THE NAMED DEFENDANT WAS NOT SERVED:
           ____ MOVED ____ NOT LISTED ____ RETURNED BY ATTY. ____ EXPIRED
           ____ NO CONTACT ____ NO SUCH ADDRESS ____ DECEASED ____ OTHER REASON

PERSON TO BE SERVED: American Chute Systems In

SERVING ADDRESS: 603 E WAshington St

WRIT SERVED ON: Lori Welch          RELATIONSHIP: controller
     SEX F (M/F)   RACE W   DOB 49

THIS 19 DAY OF Aug 2008 TIME 1029 HOURS

PAUL J. KAUPAS, SHERIFF, BY _____    DEPUTY # 1130

REMARKS: _____

RLM82271528